IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02478-RPM

NELSON VETANZE, d/ba OMNI CHIROPRACTIC,

      Plaintiff,

v.

CIGNA HEALTHCARE OF COLORADO and
CIGNA INDEFINITY INSURANCE COMPANY,
a/k/a ACE INDEMNITY INSURANCE COMPANY,

      Defendants.

_____

ORDER MODIFYING RULE 16 PROCEDURE - ERISA

_____

Because this is an action brought under the Employee Retirement Income Security Act of 1974

("ERISA"), 29 U.S.C. § 1132(a)(1)(B), no scheduling conference under Fed.R.Civ.P. 16(b) and

D.C.COLO.LCivR 16.1 is necessary.  As an alternative, it is

**ORDERED:**

That on or before December 17, 2010 counsel for the parties shall file a joint statement

addressing the following matters:

    1.     Whether the parties agree upon the contents of the administrative record.

    2.     Whether the parties agree upon the standard of review.  If there is a disagreement, state

the parties' positions.

    3.     Whether any discovery is necessary.   If so, provide a statement of what discovery is

sought and why it is necessary.

4.      Whether there is any reason to proceed in any manner other than to establish a briefing schedule based on the administrative record.

5.      Whether the parties are in agreement that the submission of the entire administrative record is not necessary, understanding that those portions relied upon will be submitted as appendices to the briefs.

6.      The dates for the filing of briefs addressing the issues.

If there is disagreement on any of these matters, the Court will set a conference to resolve the disputes.

Dated: November 12th , 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge