IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02478-RPM

NELSON VETANZE, doing business as OMNI CHIROPRACTIC,

    Plaintiff,

v.

CIGNA HEALTHCARE OF COLORADO,
CIGNA INDEMNITY INSURANCE COMPANY, a/k/a ACE INDEMNITY INSURANCE COMPANY,

    Defendants.

_____

ORDER DENYING REQUEST FOR MODIFICATION AND/OR WITHDRAWAL OF ORDER
_____

    On November 12, 2010, this Court entered an Order Modifying Rule 16 Procedure - ERISA and on December 7, 2010, the plaintiff filed a response to that order with a request for modification and/or withdrawal of order based on the contention that the plaintiff's claim is not under ERISA. The response from Connecticut General Life Insurance Company, filed December 9, 2010, establishes that this is an ERISA claim as this Court has previously recognized and it is therefore

    ORDERED that the plaintiff's request is denied and the parties shall comply with the directives in the November 12, 2010, order on or before December 29, 2010.

    DATED: December 10th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge