**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:10-cv-02478-RPM

NELSON VETANZE, doing business as
OMNI CHIROPRACTIC,

    Plaintiffs,

v.

CIGNA HEALTHCARE OF COLORADO,
CIGNA INDEMNITY INSURANCE COMPANY,
a/k/a ACE INDEMNITY INSURANCE COMPANY,

    Defendants.

---

**ORDER GRANTING JOINT, STIPULATED MOTION TO DISMISS PLAINTIFFS'**
**CLAIMS AGAINST DEFENDANT ACE INDEMNITY INSURANCE COMPANY,**
**WITHOUT PREJUDICE**

---

    Upon review of the Joint, Stipulated Motion to Dismiss Plaintiffs' Claims against Defendant ACE Indemnity Insurance Company [17] filed on December 14, 2010, it is.

    ORDERED that the Plaintiffs' claims against Defendant ACE Indemnity Insurance Company (incorrectly sued and served as CIGNA Indemnity Insurance Company) in this action are hereby DISMISSED WITHOUT PREJUDICE, each party to pay his or its own respective attorney's fees and costs incurred in this action.

    DATED this 14th day of December, 2010.

                                                   BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior District Judge