IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02478-RPM

NELSON VETANZE, doing business as OMNI CHIROPRACTIC,

    Plaintiff,

v.

CIGNA HEALTHCARE OF COLORADO,
CIGNA INDEMNITY INSURANCE COMPANY, a/k/a ACE INDEMNITY INSURANCE COMPANY,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal without Prejudice [21], it is

ORDERED that this action is dismissed without prejudice, each party to bear their own legal fees and costs.

DATED:   February 2, 2011

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge